STATE OF NEW JERSEY v. MICHAEL CENTRONE.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. PETER JOSEPH RINKIEWICZ.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. SANTOS RODRIQUEZ.

April 1, 1976. Petition for certification granted. (See 138 *N. J. Super.* 575)

STATE OF NEW JERSEY v. JAMES HOLMES.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SOTTILARE.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH HIGGINS.

April 1, 1976. Petition for certification denied.